874

No. 78–5191. RUSSELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–5197. WILLINGHAM v. HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 78–5199. GAINES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5202. EMERY v. MONTANA ET AL. Sup. Ct. Mont. Certiorari denied.

No. 78–5205. JACKSON, AKA SHABAZZ v. McCUNE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 78–5206. KRUEGER v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 78–5207. GARLAND v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 78–5209. RIDDELL v. VINZANT, PENITENTIARY SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–5211. RAMSEY v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 78–5217. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5224. HOCHMAN v. BOARD OF EDUCATION OF THE CITY OF NEWARK ET AL. Super. Ct. N. J. Certiorari denied.

No. 78–5231. DOZIER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5234. ANDRADE-DIAZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.